# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CECIL CLAYTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 02-MC-8001-CV-W-NKL |
| ) | CAPITAL CASE |
| AL LUEBBERS, ) | |
| Supt., Potosi Correctional Center ) | |
| ) | |
| Respondent. ) | |

## CLERK'S JUDGMENT

☐ Jury Verdict. This action came before the Court for a trial by jury.

XX Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on April 27, 2006, Clayton's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in a Capital Case [Doc. # 46] is DENIED.

Dated: April 27, 2006

AT THE DIRECTION OF THE COURT
P.L. BRUNE

Clerk

s/ RENEA KANIES
By: Renea Kanies, Courtroom Deputy