**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CECIL CLAYTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 02-MC-8001-CV-W-NKL |
| | ) | CAPITAL CASE |
| AL LUEBBERS, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Pending before the Court is Petitioner Cecil Clayton's ("Clayton") Motion for

Certificate of Appealability [Doc. # 118]. For the following reasons, the Court will grant

in part Clayton's Motion.

On April 27, 2006, the Court denied Clayton's Petition for Writ of Habeas Corpus

[Doc. # 46]. On August 8, 2006, after careful reconsideration, the Court denied Clayton's

Motion to Alter/Amend the Judgment [Doc. # 108]. Following these rulings, Clayton

comes before the Court seeking a Certificate of Appealability on all grounds raised in his

Petition for Writ of Habeas Corpus. The Court will grant the Certificate of Appealability

as to the grounds 14, 19, 20, 21, 22, 26 and 28.

Accordingly, it is hereby

ORDERED that Petitioner's Motion for Certificate of Appealability [Doc. # 118]

is GRANTED in part. A Certificate of Appealability is granted as to grounds 14, 19, 20,

21, 22, 26 and 28.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated:  September 19, 2006
Jefferson City, Missouri