# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CECIL CLAYTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:02-cv-08001-NKL |
| | ) |
| AL LUEBBERS, Superintendent, | ) |
| Potosi Correctional Center, | ) |
| | ) |
| Respondent. | |

## ORDER

Petitioner Cecil Clayton's motion for release of his records from the Federal Bureau of Prisons, U.S. Medical Center the Federal Prisoners [Doc. 132] is GRANTED. The Federal Bureau of Prisons shall release the Petitioner's records to the parties' respective counsel and their designees within 30 days of the date of this Order.

s/ Nanette K. Laughrey<br>
NANETTE K. LAUGHREY<br>
United States District Judge

Dated: July 29, 2014
Jefferson City, Missouri